IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-05-00413-CV

 

Twilight Home and 

The Arboretum Group, Inc.,

                                                                      Appellants

 v.

 

Joe Raley, as Heir and as

Representative of the Estate

of Carrie Snider, Deceased,

                                                                      Appellee

 

 

 



From the 13th District Court

Navarro County, Texas

Trial Court No. 05-00-14364-CV

 



MEMORANDUM  Opinion



 








          Appellants have filed a motion to dismiss this interlocutory
appeal.  Appellee has not filed a response.  Accordingly, the appeal is
dismissed.  See Tex. R. App. P. 42.1(a)(1). 


PER CURIAM

Before Chief Justice
Gray,

Justice
Vance, and

Justice
Reyna

Appeal dismissed

Opinion delivered and
filed December 28, 2005

[CV06]